```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
Larry Rothchild,                                                 :
                                                                 :
                              Plaintiff(s),                      :        21-cv-8858 (PKC)
                                                                 :
         -v-                                                     :            ORDER
                                                                 :
Equifax, Inc. and TransUnion, LLC,                               :
                                                                 :
                              Defendant(s).                      :
                                                                 :
------------------------------------------------------------------X
```

CASTEL, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action as to **Equifax, Inc. and TransUnion, LLC only**, be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within **thirty** days of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **within thirty days** of this Order as to defendants, Equifax, Inc. and TransUnion, LLC; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      SO ORDERED.

                                                            P. Kevin Castel
                                         United States District Judge

Dated: June 10, 2022
       New York, New York